### BOHLING v. BRONSON.

(Supreme Court, Appellate Division, First Department. February 19, 1909.)

DISCOVERY (§ 42*)—PLAINTIFF'S WHEREABOUTS—OBLIGATION OF ATTORNEY TO DISCLOSE.

Defendant is entitled to an order requiring plaintiff's attorney to disclose plaintiff's present address before defendant can be compelled to try the action.

[Ed. Note.—For other cases, see Discovery, Cent. Dig. § 55; Dec. Dig. § 42.*]

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

Appeal from Special Term, New York County.

Action by John P. Bohling against Sara G. Bronson. From an order denying defendant's motion requiring plaintiff's attorney to furnish plaintiff's present address, defendant appeals. Reversed.

Argued before INGRAHAM, McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

D. K. Jay, for appellant.

T. H. Friend, for respondent.

PER CURIAM. We think the defendant was entitled to information as to the present whereabouts of the plaintiff before she should be compelled to try the action.

The order should be reversed, with $10 costs and disbursements, and the motion granted, requiring the plaintiff's attorney to inform the defendant's attorney as to the present address of the plaintiff. All proceedings on the part of the plaintiff are stayed until 20 days after such information is given.

---

### MULLENY v. McDONALD et al.

(Supreme Court, Appellate Division, First Department. February 19, 1909.)

MASTER AND SERVANT (§ 278*)—INJURIES TO SERVANT—NEGLIGENCE—EVIDENCE.
     Where an employé sues for injuries caused by being hit by a brick falling from a floor above in a building where he was at work, he must show what caused it to fall, that bricks had fallen before, and that defendant had notice.
     [Ed. Note.—For other cases, see Master and Servant, Cent. Dig. § 955; Dec. Dig. § 278.*]
     Ingraham, J., dissenting.

Appeal from Trial Term, New York County.

Action for personal injuries by William Mulleny against Ranald H. McDonald and another, copartners, doing business under the firm name of Ranald H. McDonald & Co. From a judgment for plaintiff, and from an order denying a new trial, defendants appeal. Reversed.

Argued before PATTERSON, P. J., and INGRAHAM, McLAUGHLIN, CLARKE, and HOUGHTON, JJ.

Frank Verner Johnson (Louis Cohn, of counsel), for appellants.

Thomas J. O'Neill (Andrew Byrne, of counsel), for respondent.